IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN HOWARD ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. 6:23-cv-00219 |
| ) | |
| BELL COUNTY FISCAL COURT, et al. ) | **Jury Trial Demanded** |

## MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE* OF STEPHEN P. NEW

COMES NOW, Plaintiff, by and through counsel, and for permission to appear pro hac vice, file pleadings, motions, briefs, and other papers and to fully participate in this action as counsel or co-counsel for the Plaintiff.

Mr. New is an active member of the West Virginia Bar, and in good standing. Mr. New has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority. Further, Mr. New consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. Mr. New has completed training for the CM/ECF system.

In support of this motion, Movant files herewith a, an Application of Admission of Stephen P. New, Affidavit of Sponsor, and Authorization and Release.

WHEREFORE, the undersigned moves the Court to permit Mr. New's appearance on behalf of the Plaintiff in the above-captioned proceedings.

Respectfully submitted,

Law Office of Jeremy A. Bartley

/s/ Jeremy A. Bartley
Jeremy A Bartley

<u>Attorney for Plaintiff</u>:

35 Public Square
Somerset, KY 42501
(606) 678-7265
(606) 416-5974 (facsimile)
Email: jbartleylaw@gmail.com