IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN HOWARD | ) | |
| | ) | |
| v. | ) | CASE NO. 6:23-CV-00219 |
| | ) | |
| BELL COUNTY FISCAL COURT, ET AL. | ) | **JURY TRIAL DEMANDED** |

## RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND RENEWED MOTION FOR PRO HAC VICE ADMISSION OF STEPHEN P. NEW

COMES NOW, Plaintiff, by and through counsel, and in response to this Court's Order of December 28, 2023, and requests for permission for Mr. New to appear pro hac vice, file pleadings, motions, briefs, and other papers and to fully participate in this action as counsel or co-counsel for the Plaintiff.

Mr. New is an active member of the West Virginia Bar, and in good standing. Mr. New has never been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority, except for having two admonishments further explained in Mr. New's Affidavit attached as <u>Exhibit A</u>. Further, Mr. New consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. Mr. New has completed training for the CM/ECF system.

WHEREFORE, the undersigned moves the Court to permit Mr. New's appearance on behalf of the Plaintiff in the above-captioned proceedings.

Respectfully submitted,

LAW OFFICE OF JEREMY A. BARTLEY

/s/ Jeremy A. Bartley
Jeremy A Bartley

<u>Attorney for Plaintiff</u>:

35 Public Square
Somerset, KY 42501
(606) 678-7265
(606) 416-5974 (facsimile)
Email: jbartleylaw@gmail.com