IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN HOWARD | ) |
| | ) |
| | ) |
| | ) |
| V. | ) CASE NO. 6:23-CV-00219 |
| | ) |
| BELL COUNTY FISCAL COURT, ET AL. | ) **JURY TRIAL DEMANDED** |

## AFFIDAVIT OF STEPHEN P. NEW

I, Stephen P. New, being duly sworn, hereby deposes and says as follows:

1. I am an attorney licensed in the State of West Virginia and have been since October 13, 1998.

2. I am licensed in all Courts in West Virginia, the United States District Court for the Southern District of West Virginia, United States District Court for the Northern District of West Virginia, United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

3. In reviewing this Court's show cause Order issued December 28, 2023, I do not believe I have misrepresented any fact to this tribunal. I apologize if I have misinterpreted the phrase "disciplinary action" under this Court's local rules or the Commonwealth of Kentucky's Rules of Professional Conduct.

4. I am enclosing for this Court's review the Lawyer Disciplinary Board Investigative Panel Closing ID 12-01-201, dated October 31, 2013, as well as Lawyer Disciplinary Board Investigative Panel Closing ID 21-06-015, dated June 15, 2022.

5. The documents speak for themselves concerning the allegations set forth by former clients, one having to do with a muddled Medicare subrogation issue; the other

having to do with a disputed fee and an admonishment for failing to reduce a fee agreement to writing.

6. On page 10 of the Dorsey closing ID 12-01-201, the document states "This written admonishment shall be available to the public but shall not be reported to any other jurisdiction in which the Respondent is licensed to practice law." This same statement is likewise contained on page 5 of the Porter Order, 21-06-015.

7. When completing my application for pro hac vice in the matter of *Howard v. Bell Count Fiscal Court, et al*; Civil Action No. 6:23-CV-00219, I absolutely held a good faith belief that the admonishments, which indicated were not to be reported to any other jurisdiction, did not constitute discipline which required disclosure. Again, if my interpretation was inaccurate for that, I apologize.

8. Since 2017, I have been licensed to practice pro hac vice in the following states: Alabama, California, Illinois, Louisiana, Maryland, New Jersey, New York, Ohio, Pennsylvania, South Carolina, and Texas.

9. In applying to be admitted pro hac vice in those jurisdictions, there was no issue with my application or admission to practice.

10. I sincerely hope this addresses any concern this Court may have and stand ready to address any remaining questions.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Stephen P. New WVSB #7756

STATE OF _West Virginia_
COUNTY OF _Raleigh_, TO WIT:

I, _Laura Cline_, Notary Public in and for the County and State aforesaid, do hereby certify that Stephen P. New, whose name is signed to the writing above,

bearing date the  28th  day of  December , 2023, has this day acknowledged the same before me in said County and State.

    Given under my hand this  28th  day of  December , 2023.

    My commission expires  October 29, 2025 .

_Laura Cline_<br>NOTARY PUBLIC

[SEAL]



OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Laura Lee Cline
101 N. Kanawha Street, Suite 302 Beckley, West Virginia 25801
My Commission Expires October 29, 2025