## AFFIDAVIT

COMES NOW, Jeremy A. Bartley (hereinafter "Affiant"), and being first duly sworn under oath, and under the penalties for perjury, states:

1. At the time of the filing of our Motion for Pro Hac Vice Admission, I was unaware of any admonishments of Mr. New given by any court.

2. Following the notice by this Honorable Court, I have reviewed the documents at issue.

3. There is nothing in the documents that changes my previous assertion that Mr. New is of the requisite character for admission before this most honorable court.

4. Candidly, I am unfamiliar with the nature of an admonishment, but given the language of the Orders that I have seen I cannot say that I would have identified either Order as disciplinary in nature.

5. I apologize to the court for any error and would never intentionally be anything less than fully candid with the court.p

I HEREBY VERIFY AND AFFIRM THAT THE STATEMENTS AND REPRESENTATIONS MADE HEREIN ARE TRUE AND CORRECT.

_____1/2/24_____    _____/s/ Jeremy A. Bartley_____
Date                  Jeremy A. Bartley

STATE OF KENTUCKY    )
                     ) SS:
COUNTY OF PULASKI    )

Before me, a Notary Public in and for said County and State personally appeared *Jeremy A. Bartley,* who acknowledged the execution of the foregoing Affidavit.

Witness my hand and Notarial Seal this 2nd day of January, 2024.

My Commission Expires:    Signature: ___Lori Jernigan___
___2/9/2026___            Printed: ___Lori Jernigan___

Page 1 of 1